■ TRI-STATE CHRISTIAN T.V., INC., Appellant, v JOHN DILLENBERG, as Supervisor of Assessments of the Town of Arkwright, et al., Respondents. [714 NYS2d 253] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendants' motion to dismiss the complaint. After initiating a proceeding pursuant to RPTL article 7, plaintiff commenced the instant action challenging defendants' denial of its application for an exemption from taxation pursuant to RPTL 420-a and seeking declaratory and injunctive relief under 42 USC § 1983 and attorneys' fees under 42 USC § 1988. Relief under section 1983 is not available because the State has provided an adequate legal remedy (*see, National Private Truck Council v Oklahoma Tax Commn.*, 515 US 582, 589-591), and thus, there is no basis for an award of attorneys' fees under section 1988 (*see, National Private Truck Council v Oklahoma Tax Commn., supra,* at 592). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Dismiss Pleading.) Present—Green, J. P., Pine, Wisner, Kehoe and Balio, JJ.

■ JAMES A. GRIFFIN, Appellant-Respondent, v GLEN JENKS et al., Respondents-Appellants. [715 NYS2d 364] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gerace, J. (Appeals from Order of Supreme Court, Chautauqua County, Gerace, J.—Summary Judgment.) Present—Green, J. P., Pine, Wisner, Kehoe and Balio, JJ.